**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Harry J. Feals | CHAPTER 13 |
| <u>Debtor(s)</u> | |
| | |
| The Bank of New York Mellon, formerly known as The Bank of New York, not in its individual capacity but solely as Trustee on behalf of the holders of the CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certificates, Series 2007-1 | NO. 23-20105 CMB |
| <u>Moving Party</u> | |
| vs. | 11 U.S.C. Section 362 |
| Harry J. Feals | |
| <u>Debtor(s)</u> | |
| | Related to: Docket # 39 |
| Ronda J. Winnecour | |
| <u>Trustee</u> | |

## STIPULATION AND ORDER

AND NOW come the undersigned parties, by and through their respective counsel, and enter the following stipulation:

WHEREAS this matter, having been brought before the Court by Denise Carlon, Esq., KML Law Group, P.C., attorneys for Secured Creditor, The Bank of New York Mellon, formerly known as The Bank of New York, not in its individual capacity but solely as Trustee on behalf of the holders of the CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certificates, Series 2007-1 has filed a motion to allow a late claim as to the Debtor's real property known as 229 Maple Street aka Maple Street Road #1 Box 2, Rillton, PA 15678 (docket # 39),

WHEREAS counsel for the Debtor and counsel for the Chapter 13 Trustee have corresponded with counsel for Secured Creditor regarding the late proof of claim,

WHEREAS the parties enter into this stipulation to resolve the motion to allow the late proof of claim,

It is therefore stipulated and agreed as follows:

1. It is hereby **ORDERED, ADJUDGED** and **DECREED** that Secured Creditor may file its proof of claim; and

2. It is hereby **ORDERED, ADJUDGED** and **DECREED** that interest rate in the confirmed plan shall control; and

3. It is further **ORDERED, ADJUDGED** and **DECREED** that said proof of claim is hereby deemed an allowed secured claim; and

4. It is further **ORDERED, ADJUDGED** and **DECREED** that Debtor and the Trustee reserve their right to object to Secured Creditor's proof of claim.

I hereby agree and consent to the above terms and conditions:

/s/ Denise Carlon                                                                                  Dated:  April 7, 2025
Denise Carlon, Esquire, Attorney for Secured Creditor
KML Law Group, P.C.
701 Market Street, Suite 5000, Philadelphia, PA 19106
Phone: (215) 627-1322

I hereby agree and consent to the above terms and conditions:


/s/ Corey J. Sacca                                                                                 Dated:  April 8, 2025
Corey J. Sacca, Esq., Attorney for Debtor


I hereby agree and consent to the above terms and conditions:


/s/ Owen Katz *for*                                                                             Dated:  April 14, 2025
Ronda J. Winnecour, Chapter 13 Trustee



On this _____ day of _____, 2025, it is hereby ORDERED that the parties' Stipulation be and hereby is APPROVED.

By the Court:


_____
Bankruptcy Judge