## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Harry J. Feals<br><br>　　　　　　Debtor(s) | CHAPTER 13 |
| The Bank of New York Mellon, formerly known as The Bank of New York, not in its individual capacity but solely as Trustee on behalf of the holders of the CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certificates, Series 2007-1<br>　　　　　　Moving Party | NO. 23-20105 CMB |
| vs. | 11 U.S.C. Section 362 |
| Harry J. Feals<br><br>　　　　　　Debtor(s)<br><br>Ronda J. Winnecour<br><br>　　　　　　Trustee | Related to: Docket # 39, 45 |

### STIPULATION AND ORDER

AND NOW come the undersigned parties, by and through their respective counsel, and enter the following stipulation:

WHEREAS this matter, having been brought before the Court by Denise Carlon, Esq., KML Law Group, P.C., attorneys for Secured Creditor, The Bank of New York Mellon, formerly known as The Bank of New York, not in its individual capacity but solely as Trustee on behalf of the holders of the CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certificates, Series 2007-1 has filed a motion to allow a late claim as to the Debtor's real property known as 229 Maple Street aka Maple Street Road #1 Box 2, Rillton, PA 15678 (docket # 39),

WHEREAS counsel for the Debtor and counsel for the Chapter 13 Trustee have corresponded with counsel for Secured Creditor regarding the late proof of claim,

WHEREAS the parties enter into this stipulation to resolve the motion to allow the late proof of claim,

It is therefore stipulated and agreed as follows:

1. It is hereby **ORDERED, ADJUDGED** and **DECREED** that Secured Creditor may file its proof of claim; and

2. It is hereby **ORDERED, ADJUDGED** and **DECREED** that interest rate in the confirmed plan shall control; and

3. It is further **ORDERED, ADJUDGED** and **DECREED** that said proof of claim is hereby deemed an allowed secured claim; and

4. It is further **ORDERED, ADJUDGED** and **DECREED** that Debtor and the Trustee reserve their right to object to Secured Creditor's proof of claim.

I hereby agree and consent to the above terms and conditions:

/s/ Denise Carlon
Denise Carlon, Esquire, Attorney for Secured Creditor        Dated:  April 7, 2025
KML Law Group, P.C.
701 Market Street, Suite 5000, Philadelphia, PA 19106
Phone: (215) 627-1322

I hereby agree and consent to the above terms and conditions:

/s/ Corey J. Sacca
Corey J. Sacca, Esq., Attorney for Debtor        Dated:  April 8, 2025

I hereby agree and consent to the above terms and conditions:

/s/ Owen Katz *for*
Ronda J. Winnecour, Chapter 13 Trustee        Dated:  April 14, 2025

On this __25th__ day of __April__, 2025, it is hereby ORDERED that the parties' Stipulation be and hereby is APPROVED.

By the Court:

FILED
4/25/25 4:03 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA        _____
Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                           Case No. 23-20105-CMB

Harry J. Feals                                                                   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                          User: auto                                    Page 1 of 2
Date Rcvd: Apr 25, 2025                        Form ID: pdf900                          Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2025:**

| Recip ID | Recipient Name and Address |
| --- | --- |
| db | + Harry J. Feals, 229 Maple Street, Rillton, PA 15678-2715 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2025                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Corey J. Sacca | on behalf of Debtor Harry J. Feals csacca@bononilaw.com coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;3230706420@filings.docketbird.com |
| Denise Carlon | on behalf of Creditor The Bank of New York Mellon  formerly known as The Bank of New York, not in its individual capacity but solely as Trustee on behalf of the holders of the CIT Mortgage Loan Trust, 2007-1 Asset-Backed C dcarlon@kmllawgroup.com |
| Michelle L. McGowan | on behalf of Creditor The Bank of New York Mellon  formerly known as The Bank of New York, not in its individual capacity but solely as Trustee on behalf of the holders of the CIT Mortgage Loan Trust, 2007-1 Asset-Backed C mimcgowan@raslg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert Shearer | on behalf of Creditor The Bank of New York Mellon rshearer@raslg.com |

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

TOTAL: 6